# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-5277
_____

BRIAN M. CASEY,

    Appellant,

    v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

    Appellee.

_____


On appeal from the Circuit Court for Escambia County.
J. Scott Duncan, Judge.


April 29, 2019


PER CURIAM.

    DISMISSED. *See Villareal v. Craig*, 813 So. 2d 984 (Fla. 1st DCA 2002); *Sciabbarrasi v. Uddo*, 466 So. 2d 19 (Fla. 5th DCA 1985) (holding an order denying leave to amend an answer/counterclaim is not appealable).

LEWIS, WETHERELL, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Brian M. Casey, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.